IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NELSON, | No. 4:23-CV-00273 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CAPTAIN TAYLOR, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of April 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff Michael Nelson's motion (Doc. 116) to withdraw his prior brief in opposition (Doc. 109) and replace that brief with the attached opposition brief (Doc. 116-1) is **GRANTED**.

2. Defendant Wilkins Cespedes' motion (Doc. 97) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in favor of Cespedes and against plaintiff Michael Nelson as to the single remaining Section 1983 First Amendment retaliation claim.

4. Nelson's motion (Doc. 94) for summary judgment is **DENIED**.

5. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge